UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

AKSHAT PRAJAPATI,
Petitioner,

v.

Mr. LAROSE,
Respondent.

Case No.: 26cv5314-LL-BJW

**ORDER CONDITIONALLY APPOINTING COUNSEL, REQUIRING RESPONSE TO PETITION, AND SETTING BRIEFING SCHEDULE**

[ECF Nos. 1, 2]

Before the Court is Petitioner Akshat Prajapati's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1 ("Pet."). The Court notes that the instant Petition is Petitioner's third Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Petitioner was represented by private counsel in his previous two Petitions, which were both denied.[1] Petitioner brings the instant Petition pro se and has also filed a Motion to Appoint Counsel. ECF No. 2. Petitioner is a noncitizen who claims that his detention is unlawful. He seeks a

---

[1] The case numbers for Petitioner's previous two Petitions are: 26cv3727-LL-AHG and 26cv1209-LL BJW.

writ of habeas corpus directing Respondents to release him or provide him with a bond hearing. He has been held in immigration custody since November 30, 2025. ECF No. 1 at 10.

The Court finds that representation will serve the interests of justice in this § 2241 petition, given the complexity and potential validity of the constitutional, statutory, and procedural issues presented. 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, the Court **GRANTS** Petitioner's Motion to Appoint Counsel (ECF No. 2) and **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc. as counsel effectively immediately. However, if Federal Defenders of San Diego, Inc. determines that Petitioner is not financially eligible to be appointed counsel or that it does not have the resources to represent Petitioner, Federal Defenders of San Diego, Inc. shall notify Petitioner and file notice with the Court on or before **October 16, 2026**. If that occurs, Petitioner shall continue unrepresented. Additionally, the Court finds it necessary to order a limited stay pursuant to the All Writs Act, 28 U.S.C. § 1651, to preserve the status quo until the Court can provide a reasoned decision, in order to avoid any potential jurisdictional problems if Petitioner is removed from this district.1 *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 & n.1 (D. Or. July 16, 2025) ("Courts around the country exercise their authority under the All Writs Act to maintain their jurisdiction over pending immigration matters by preserving the status quo." (collecting cases)). Accordingly, the Court **ORDERS** the following:

1. On or before **October 20, 2026**, Petitioner may file an amended petition. An amended petition will supersede and replace the original petition, so the amended petition must be complete in and of itself without reference to the original petition.

/ / /

/ / /

/ / /

/ / /

2. Respondents are **ORDERED TO SHOW CAUSE** why the Petition should not be granted by filing a written Return on or before **October 27, 2026**. The Return shall include any documents relevant to the determination of the issues raised in the Petition and shall address whether an evidentiary hearing on the Petition is needed. Respondents shall serve a copy of the Return upon Petitioner concurrently with the filing.

Dated: October 6, 2026

Honorable Linda Lopez
United States District Judge